# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| LORI L. WALLACE,<br>    Plaintiff, | Case No. 1:11-cv-299<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| LEBANON CORRECTIONAL<br>INSTITUTION, et al.,<br>    Defendants. | **ORDER** |

The parties have reached a settlement in this matter following a settlement conference held on July 25, 2012.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

**IT IS SO ORDERED**.

                                                                     S/Susan J. Dlott
                                                         Susan J. Dlott, Chief Judge
                                                         United States District Court